**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**
Richmond    **Division**

In re  Avrian Jerome Smith                                             Case No.    15-36390-KRH
         Telka Alena Smith

                Debtor(s)                                                          Chapter    13

**ORDER OF DISMISSAL
FOR FAILURE TO ATTEND MEETING OF CREDITORS**

<span style="color:red">Dismissed as to Avrian Jerome Smith Only</span>

      The United States Trustee having certified that the above debtor(s) or debtor's counsel has not appeared at the scheduled meeting of creditors, it is, therefore

      **ORDERED**, pursuant to Local Rule 2003-1(B), that the above case be dismissed; and it is further

      *[If appropriate]*  **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $    0.00    to the Clerk of Court within 14 days of the date of this order; and it is further

      **ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
Clerk of Court

Date:  February 02, 2016                        By  /s/  James A. Cummings
                                                                    Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

February 02, 2016

[odis341 ver. 09/13]