# United States Bankruptcy Court
### Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number**   15−36390−KRH
**Chapter**   13

**In re:**

Avrian Jerome Smith
7414 Chamberlayne Ave
Richmond, VA 23227

**SSN:** xxx−xx−4812    **EIN:** NA

Telka Alena Smith
aka Telka Alena Thomas−Smith
5405 Bradley Pines Cir. Apt E
Sandston, VA 23150

**SSN:** xxx−xx−6325    **EIN:** NA

## NOTICE OF DISMISSAL OF JOINT DEBTOR

Notice is hereby given that an order was entered on February 2, 2016 dismissing Avrian Jerome Smith

Dated:  February 2, 2016

(VAN15jo1)

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 15-36390-KRH
Avrian Jerome Smith                                                   Chapter 13
Telka Alena Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: cummingsj          Page 1 of 3          Date Rcvd: Feb 02, 2016
                              Form ID: VAN15jo1        Total Noticed: 106

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2016.
```
db          +Avrian Jerome Smith,    7414 Chamberlayne Ave,    Richmond, VA 23227-1820
jdb         +Telka Alena Smith,    5405 Bradley Pines Cir. Apt E,    Sandston, VA 23150-2320
13174901     Aaron Sales and Lease Ownershi,    309 E Paces Ferry Rd NE,    Atlanta, GA 30305-2367
13174902    +Aaron's,    5162 Nine Mile Rd,    Richmond, VA 23223-3330
13174903    +Aaron's Sale & Lease Ownership,    5246 Chamberlayne Rd,    Richmond, VA 23227-2950
13174904     Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
13174906    +Alfa Specialty Insurance,    PO Box 2328,    Brentwood, TN 37024-2328
13174907    +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7684
13174908    +Allied Title Lending,    Loan Billing Department,    7955 NW 12th Street, Ste 300,
              Miami, FL 33126-1823
13174909    #Anesthesia Associates ofRchmnd,    PO Box 17978,    Richmond, VA 23226-7978
13174912    +Bon Secours,    PO Box 28538,    Henrico, VA 23228-8538
13174913    +Burning Bush Daycare,    5237 Wilkinson Rd,    Richmond, VA 23227-3183
13174927    +CLHV LLC t/a Colonial-Heritage,    Village,    5500 Pony Farm Dr,    Richmond, VA 23227-2613
13174914    +Cap One Na,    PO Box 26625,    Richmond, VA 23261-6625
13174917    +Capital 1 Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
13174918    +Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
13174919    +Capital One Na,    Attn: General Correspondence,    PO Box 30285,    Salt Lake City, UT 84130-0285
13194603     Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13174920    +Cardiac Surgical Associates,    7101 Jahnke Rd,    Suite 500,    Richmond, VA 23225-4017
13174922    +Chad Rinard,    8990 Fern Park Dr., Ste B,    Burke, VA 22015
13174924    +Chase Auto Finance,    National Bankruptcy Dept,    PO Box 29506,    Phoenix, AZ 85038-9506
13174925    +Check City,    PO Box 970183,    Orem, UT 84097-0183
13174928    +Comcast,    5401 Staples Mill Road,    Henrico, VA 23228-5443
13174929    +Commonwealth OB/GYN Spec,    7605 Forest Ave, Ste 313,    Henrico, VA 23229-4939
13174935    +Credit Protect Assoc.,    PO Box 802068,    Dallas, TX 75380-2068
13174939   ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
             (address filed with court: Dominion Virginia Power,      PO Box 26543,    Richmond, VA 23290-0001)
13174936    +David A Kemler DDS,    5954 Brook Rd.,    Richmond, VA 23227-2258
13174937    +Dept Of Ed/sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
13174938    +Dominion Credit Union,    701 E Cary St,    Richmond, VA 23219-3927
13174940    +Dr. George A Oley III, PLC,    9030 Three Chopt Rd, Suite A,    Henrico, VA 23229-4641
13174941    +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    PO Box 837,    Newtown, CT 06470-0837
13174942    +Eastern Account System of Conn,    PO Box 837,    Newtown, CT 06470-0837
13174945    +FBCS Inc,    2200 Byberry Rd, Ste 120,    Hatboro, PA 19040-3739
13174947    +FMS Inc,    4915 S Union Ave,    Tulsa, OK 74107-7839
13174948   ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
             (address filed with court: Focus Recovery Solutions,      Attn: Bankruptcy,
              9701 Metropolitan Court Ste B,    Richmond, VA 23236-0000)
13174944    +FastPoint Collection Resources,    225 Commerce Place,    PO Box 26140,
              Greensboro, NC 27402-6140
13174946    +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13174950     Gastrointestinal Specialists,    2369 Staples Mill Road,    Suite 200,    Richmond, VA 23230-2918
13174951    +Geico Remittance Center,    1 Geico Plaza,    Bethesda, MD 20810-0002
13174952    +General Services Corporation,    Collections Dept,    PO Box 8984,    Richmond, VA 23225-0684
13174953    +Giant Food Stores,    c/o Martins #435,    PO Box 55841,    Boston, MA 02205-5841
13174954    +Harris & Harris of Illinois,    203 East Cary, Ste 127,    Richmond, VA 23219-3746
13174955     Henrico Doctor's Hospital,    PO Box 13620,    Richmond, VA 23205-8620
13174957    +Ian Mouer,    10301 Spencer Trail Place,    Ashland, VA 23005-7475
13174959    +Kevin Sweeney,    c/o K. Funk, Esq.,    1111 E Main St, 16th Floor,    Richmond, VA 23219-3532
13174960   #+Kramer & Associates,    401 Hackensack Fl 9,    Hackensack, NJ 07601-6402
13174961     LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
13174965    +MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13174963    +Memorial Regional Medical Cent,    8260 Atlee Road,    Mechanicsville, VA 23116-1844
13174966    +National Credit Adjusters,    PO Box 3023,    327 W 4th St,    Hutchinson, KS 67501-4842
13188534     Navient Solutions, Inc. on behalf of USA Funds,     Attn: Bankruptcy Litigation Unit E3149,
              PO Box 9430,    Wilkes Barre, PA 18773-9430
13174968    +New Townhouse Park,    fka Staples Mill Town,    4100-A Townhouse Road,    Henrico, VA 23228-5325
13174969    +One Hampton Medical,    PO Box 3475,    Toledo, OH 43607-0475
13174970    +Patient First,    PO Box 758941,    Baltimore, MD 21275-8941
13174971     PennCredit,    916 S 14th St,    PO Box 988,    Harrisburg, PA 17108-0988
13174974    +Powell Inc,    1 Fisher Street,    Halifax, PA 17032-8845
13174975    +Progressive Insurance Corp,    6300 Wilson Mills Road,    Cleveland, OH 44143-2182
13174977    +Radiology Associates of Rchmnd,    PO Box 13343,    Richmond, VA 23225-0343
13174976    +Radiology Associates of Rchmnd,    2602 Buford Road,    Richmond, VA 23235-3422
13174980    +Rushmore Service Center,    PO Box 5508,    Sioux Falls, SD 57117-5508
13174982    +Savannah Motors,    3400 Mechanicsville Tnpk,    Richmond, VA 23223-1326
13174986    +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
13174987    +Strayer University,    2820 Waterford Lake Dr.,    Ste 100,    Midlothian, VA 23112-3994
13174988    +Suntrust Bank -- Spec. Handlin,    VA RIC 9292,    PO Box 27572,    Richmond, VA 23261-7572
13174989    +T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015-3410
13174991    +Thelma Simon,    7617 Harris Field Rd,    Mechanicsville, VA 23111-7031
13174992    +ThinkCash.com,    Customer Support,    PO Box 37727,    Philadelphia, PA 19101-5027
```

```
District/off: 0422-7           User: cummingsj              Page 2 of 3                   Date Rcvd: Feb 02, 2016
                               Form ID: VAN15jo1            Total Noticed: 106


13174993       +TitleMax of Virginia,    1114 Azalea Ave, Ste 47,    Richmond, VA 23227-3437
13174994       +TitleMax of Virginia, Inc.,    TMX Finance,    5108 Nine Mile Rd,    Richmond, VA 23223-3341
13176650       +U.S. Attorney,    600 E. Main St., 18th Flr,    Richmond, VA 23219-2430
13174996       +United Collection Bureau,    5620 Southwyck Blvd,    Ste 206,    Toledo, OH 43614-1501
13174997       +VAC Limited Partnership,    2922 Hathaway Rd,    Richmond, VA 23225-1724
13174998       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13175000       +Virginia Ear Nose and Throat,    PO Box 36007,    Richmond, VA 23235-8000
13175001       +Virginia Eye Institute,    400 Westhampton Station,    Richmond, VA 23226-3332
13175002        Virginia Urology,    PO Box 79437,    Baltimore, MD 21279-0437
13175005       +Wells Fargo Bank,    attn: Payment Processing,    PO Box 45038,    Jacksonville, FL 32232-5038
13175004        Wells Fargo Bank,    re: Checking/Saving,    PO Box 5058,    Portland, OR 97208-5058
13175006       +Williamfudge,    300 Chatham Ave Ste 201,    Rock Hill, SC 29730-5395

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13174905       +E-mail/PDF: recoverybankruptcy@afninet.com Feb 03 2016 01:52:11      Afni, Inc.,
                 Attn: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
13190673        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 03 2016 01:52:27
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
13174910       +E-mail/Text: aharmon@mstpf.com Feb 03 2016 01:51:20      Approved Cash Advance,    PO Box 2038,
                 Cleveland, TN 37320-2038
13174911        E-mail/Text: bankruptcy@bbandt.com Feb 03 2016 01:50:20      BB&T Bankruptcy,    PO Box 1847,
                 Wilson, NC 27894-1847
13174921       +E-mail/Text: bankruptcynotices@cbecompanies.com Feb 03 2016 01:51:07      CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
13174915       +E-mail/Text: bnc-capio@quantum3group.com Feb 03 2016 01:50:39      Capio Partners Llc,
                 2222 Texoma Pkwy Ste 150,    Sherman, TX 75090-2481
13174923       +E-mail/Text: bk.notifications@jpmchase.com Feb 03 2016 01:50:31      Chase Auto,
                 Attn: National Bankruptcy Dept,    PO Box 29505,    Phoenix, AZ 85038-9505
13174926        E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Feb 03 2016 01:52:26      City of Richmond,
                 Parking Enforcement,    PO Box 26505,    Richmond, VA 23261-6505
13190220       +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Feb 03 2016 01:52:15
                 City of Richmond - City Hall,    Room 109 Delinquent Taxes,    900 East Broad Street,
                 Richmond VA 23219-1907
13174930       +E-mail/Text: saratipton@ccsitexas.com Feb 03 2016 01:51:37      Complete Credit Soluti,
                 2921 Brown Trail Ste 100,    Bedford, TX 76021-4174
13174932        E-mail/Text: bankruptcy@co.henrico.va.us Feb 03 2016 01:51:12      County of Henrico,
                 Department of Public Utilities,    PO Box 90775,    Henrico, VA 23273-0775
13174933       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 03 2016 01:51:37
                 Credit Collection Services,    Two Wells Ave,    Newton Center, MA 02459-3246
13174934       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 03 2016 01:51:37
                 Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13174943        E-mail/Text: bknotice@erccollections.com Feb 03 2016 01:50:50      Enhanced Recovery Corporation,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13174958        E-mail/Text: cio.bncmail@irs.gov Feb 03 2016 01:50:13      Internal Revenue Service,
                 Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346
13174962       +E-mail/Text: kyarbrough@mechmedctr.com Feb 03 2016 01:51:36      Mechanicsville Medical Center,
                 Family Physicians,    7571 Cold Harbor Rd,    Mechanicsville, VA 23111-1631
13174964       +E-mail/Text: mwicbk@gmail.com Feb 03 2016 01:50:27      Michael Wayne Investment Co,
                 Legal Department,    2900 Sabre St, Ste 75,    Virginia Beach, VA 23452-7488
13174967       +E-mail/PDF: pa_dc_claims@navient.com Feb 03 2016 01:52:24      Navient,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
13174973       +E-mail/Text: bknotices@totalcardinc.com Feb 03 2016 01:50:48      Plains Commerce Bank,
                 PO Box 89937,    Sioux Falls, SD 57109-6937
13174978       +E-mail/Text: colleen.atkinson@rmscollect.com Feb 03 2016 01:51:37      Rec Mgm Sys,
                 re: Medical Payment Data,    7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5827
13174979       +E-mail/Text: colleen.atkinson@rmscollect.com Feb 03 2016 01:51:37      Receivable Management,
                 7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
13174981       +E-mail/PDF: pa_dc_claims@navient.com Feb 03 2016 01:51:48      Sallie Mae,
                 Attn: Claims Department,    PO Box 9500,    Wilkes-Barre, PA 18773-9500
13174985       +E-mail/Text: bankruptcy@sw-credit.com Feb 03 2016 01:50:48      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
13174990       +E-mail/Text: crwkflw@firstdata.com Feb 03 2016 01:51:17      Telecheck Services,
                 5251 Westheimer Rd.,    Houston, TX 77056-5499
13174995       +E-mail/Text: bankruptcydepartment@tsico.com Feb 03 2016 01:51:32      Transworld Systems Inc,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13174999        E-mail/Text: bankruptcynotification@vacu.org Feb 03 2016 01:50:46      Virginia Credit Union,
                 PO Box 90010,    Richmond, VA 23225-9010
13175003       +E-mail/Text: krishna.patel@vonage.com Feb 03 2016 01:51:00      Vonage,    23 Main St.,
                 Holmdel, NJ 07733-2136
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13174984        Silver Cloud Financial, Inc.,    635 East Hwy 20, C
```

```
District/off: 0422-7           User: cummingsj              Page 3 of 3                  Date Rcvd: Feb 02, 2016
                               Form ID: VAN15jo1            Total Noticed: 106

13174916*      +Capio Partners LLC,    2222 Texoma Pkwy, Ste 150,    Sherman, TX 75090-2481
13174949*     ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
              (address filed with court:   Focused Recovery Solutions,    9701 Metropolitan Court, Ste B,
                Richmond, VA 23236-3690)
13174956*      +Henrico Doctor's Hospital,    PO Box 13620,   Richmond, VA 23225-8620
13174931     ##+Contract Callers Inc.,    Associated Receivabe,    1058 Claussen Rd,    Augusta, GA 30907-0301
13174972     ##+Plain Green Loans,    93 Mack Road, Suite 600,    PO Box 255,    Box Elder, MT 59521-0255
13174983     ##+SCI,   P.O. Box 85005,    Richmond, VA 23285-5005
                                                                                          TOTALS: 1, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2016 at the address(es) listed below:
         Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov
         Richard James Oulton    on behalf of Debtor Avrian Jerome Smith 2debtlawgroup@gmail.com,
          thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;jkrumbein@krumbeinlaw.com
         Richard James Oulton    on behalf of Joint Debtor Telka Alena Smith 2debtlawgroup@gmail.com,
          thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;jkrumbein@krumbeinlaw.com
         Suzanne E. Wade    ecfsummary@ch13ricva.com,    trustee@ch13ricva.com
                                                                                          TOTAL: 4
```